## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VERLIE A. FREEBURG,                   )
                Plaintiff,       )
        v.                            )          Civil Action No. 05-67 Erie
                     )
ELK REGIONAL MEDICAL CENTER,          )
             Defendant.       )

## NOTICE

TAKE NOTICE that a settlement conference is scheduled in the above-captioned case before the Honorable Sean J. McLaughlin, on **MONDAY, NOVEMBER 28, 2005, at 1:30 p.m.**, in Room A-250, United States Courthouse, 17 South Park Row, Erie, Pennsylvania. Counsel are advised that Judge McLaughlin requires the Plaintiff to be present with his attorney during the conference. Defense counsel is required to have available by telephone the individual(s) having ultimate authority to settle the case.

S/Nicole M. Kierzek
Nicole M. Kierzek
Deputy Clerk to Judge McLaughlin

Dated: November 4, 2005

cm:    All counsel of record.   nmk