IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

VERLIE A. FREEBURG,                        )
     Plaintiff,                              )
                              )
     Vs.                                      )                Civil Action No. 05-67 Erie
                              )
ELK REGIONAL MEDICAL CENTER,               )
     Defendants.                              )

**O R D E R**

AND NOW, to with, this 28th day of November, 2005, the Parties having

reached a settlement agreement,   IT IS HEREBY ORDERED that this case is marked

administratively closed.  It appears no further action is required by the Court at this time.

     S/Sean J. McLaughlin
     Sean J. McLaughlin
     United States District Judge

cc: all parties of record